UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80303-CIV-DAMIAN

**HOWARD COHAN**,

    Plaintiff,

v.

**UMIYA MATAJI DONUT LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court upon Plaintiff, Howard Cohan's Notice of Settlement [ECF No. 6], filed April 11, 2024, indicating that the parties have reached an agreement of all claims in this matter. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on April 12, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**